IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ESSAM E. BABKKIR, | ) | CASE NO. 2:21-cv-348 |
| | ) | |
| Plaintiff, | ) | JUDGE ROBERT J. COLVILLE |
| | ) | |
| v. | ) | |
| | ) | |
| OLGA V. SCHILK, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION
*PRO HAC VICE* OF SAVANNAH M. FOX ON BEHALF OF
DEFENDANTS, DIEBOLD NIXDORF, INC. AND OLGA SCHILK**

STATE OF ~~OHIO~~ Virginia *True*  )
                                          )   ss:
COUNTY OF ~~CUYAHOGA~~ Prince William *True*  )

BEFORE ME, the undersigned authority, on this day personally appeared, Savannah M. Fox, known to me, who being duly sworn upon oath, states the following:

1. May name is Savannah M. Fox. I am over the age of twenty-one (21) years, of sound mind and competent in all respects to make this Affidavit. I have personal knowledge of the facts stated herein and they are true and correct.

1. I am an associate with the law firm Tucker Ellis LLP, whose address is 950 Main Avenue, Suite 1100, Cleveland Ohio 44113-7213. I have a long-standing attorney-client relationship with Diebold Nixdorf, Inc. and Olga Schilk and have developed substantial expertise in the handling of actions like the instant one involved Diebold Nixdorf, Inc. and Olga Schilk.

3. Diebold Nixdorf, Inc. and Olga Schilk have requested that my firm and I assist in its defense in the above-captioned case.

4. I was admitted to practice in the following courts on the following date:

      a. State of Ohio (Registration No. 0097716), November 13, 2018

      b. United States District Court, Northern District of Ohio, December 2018

      c. United States District Court, Southern District of Ohio, July 2019

5. I am a member in good standing in all of these courts and have never been suspended or disbarred in any court. I have never been disbarred or the subject of any disciplinary proceedings.

6. I have never been denied admission to the courts of any state or to any Federal Court.

7. I am a registered user of the ECF for the Western District of Pennsylvania.

8. I am associated in this lawsuit with Kristen Hock Prex of Dickie, McCamey & Chilcote, P.C. who has been retained by Diebold Nixdorf, Inc. and Olga Schilk as local counsel in this matter.

9. A current Certificate of Good Standing from Ohio is attached to this Affidavit as Exhibit A.

For the reasons set forth above, I believe that there is good cause for my admission *pro hac vice*.

I declare under penalty of perjury under the laws of the State of Ohio that the foregoing is true and correct and that this declaration was executed on the 3rd day of September, 2021.

_____
SAVANNAH M. FOX

STATE OF ~~OHIO~~ Virginia  )
                                  ) ss:
COUNTY OF Prince William  )

Before me, a Notary Public, in and for said county and state, personally appeared the above named Savannah M. Fox, who acknowledged that she did sign the foregoing instrument and that the same is her free act and deed.

IN TESTIMONY WHEREOF, I have hereunto set my hand and official seal, at - Prince William County, VA this 3rd day of September, 2021.



Teneisha Monae McRoy
REGISTRATION NUMBER
7910327
COMMISSION EXPIRES
February 28, 2025

_Teneisha Monae McRoy_
Notarized online using audio-video communication