IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ESSAM E. BABKKIR,<br><br>    Plaintiff,<br><br>v.<br><br>OLGA V. SCHILK, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   CASE NO. 2:21-cv-348<br><br>JUDGE ROBERT J. COLVILLE |

**[PROPOSED] ORDER OF COURT**

AND NOW, to wit, this _____ day of September, 2021, upon consideration of the Motion for Savannah M. Fox, Esquire to Appear Pro Hac Vice on Behalf of Defendants, Diebold Nixdorf, Inc. and Olga Schilk, it is hereby ORDERED that said Motion be and hereby is GRANTED and Savannah M. Fox, Esquire of Tucker Ellis LLP is hereby admitted to this Court pro hac vice for the purpose of representing Defendants, Diebold Nixdorf, Inc. and Olga Schilk, in the above captioned action.

 

_____
HONORABLE ROBERT J. COLVILLE