IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ESSAM E. BABKKIR,<br><br>        Plaintiff,<br><br>    vs.<br><br>OLGA V. SCHILK and DIEBOLD NIXDORF,<br><br>        Defendants. | 2:21-cv-00348-RJC |

## HEARING MEMO/MINUTE ENTRY

**Hearing Date:** October 14, 2021
**Time:** 9:00 a.m. – 9:25 a.m.
**Type of Conference:** Telephonic Status Conference
**Reporter:** none
**Deputy Clerk/Law Clerk:** Tyler Klein (Tyler_Klein@pawd.uscourts.gov)

**Counsel For Plaintiff**
Andrew R. Rehmeyer, Esquire
Joseph F. Butcher, Esquire

**Counsel For Defendants**
Savannah Marie Fox, Esquire

### Orders, Remarks, Instructions

- The Court held a Telephonic Status Conference to discuss issues that have arisen in discovery in this matter. The parties are hereby directed to meet and confer with respect to the outstanding discovery issues that were discussed during the status conference. To the extent that any of these outstanding issues cannot be resolved through the meet and confer process, any party may file a discovery motion with respect to such issues. The parties are directed to Judge Colville's Standing Order and Procedures re: Civil Motion Practice for response and briefing deadlines for any such discovery motion. Should the parties reach agreement as to an appropriate protective order in this case, they may submit a joint proposed protective order for the Court's consideration. To the extent that the parties cannot reach an agreement as to an appropriate protective order in this case, the parties may submit competing proposed protective orders for the Court's consideration. The parties, whether individually or jointly, may move for an extension of the current discovery deadlines set forth at ECF No. 19 to the extent they believe discovery motion practice, or any other reason, warrants the same.